RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Assistant City Attorney (#93249)
STEVEN B. DIPPELL, Sr. Deputy City Attorney (#121217)
KARL A. SANDOVAL, Sr. Deputy City Attorney (#170190)
Office of the City Attorney
200 East Santa Clara Street
San José, California 95113-1905
Phone: (408) 535-1900
Fax:    (408) 998-3131
E-Mail: CAO.Main@sanjoseca.gov

Attorney for Defendants,
CITY OF SAN JOSE, RICK YU, NATHAN TRANG and JARROD NUNES

IT IS SO ORDERED
Judge Edward J. Davila
9/8/2011

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSÉ DIVISION

| | |
|---|---|
| CHARLES DIEHL,<br><br>         Plaintiff,<br><br>    v.<br><br>RICK YUU, NATHAN TRANG, SERGEANT JARROD NUNES, et al.,<br><br>         Defendants. | NO. CV11-03777 EJD<br><br>**STIPULATION RE: EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

   The undersigned, on behalf of their respective clients, herewith stipulate and agree to the following:

   1.    The City of San Jose (the "City) is the only defendant named herein that has been served at this time;

   2.    Plaintiff has agreed to a thirty-day extension of time for the City to respond to the Plaintiff's complaint, whether it be by motion or answer, pursuant to which the City's response to the complaint is now due on October 7, 2011; and,

   3.    This extension will not alter the date of any event or any deadline already fixed by court order, as the initial case management conference in this matter is scheduled for November 18, 2011.

//

1

| | | |
|---|---|---|
| 1 | Dated: September 7, 2011 | BOSKOVICH & APPLETON |

           /s/ Anthony Boskovich
       ANTHONY BOSKOVICH
        Attorney at Law

Attorney for Plaintiff,
CHARLES DIEHL

Dated: September 7, 2011           RICHARD DOYLE, City Attorney

By:   /s/ Steven B. Dippell
      STEVEN B. DIPPELL
     Sr. Deputy City Attorney

Attorney for Defendant,
CITY OF SAN JOSE

ATTESTMENT OF CONCURRENCE PER GENERAL ORDER 45 FOR FILING:

I attest that concurrence in the filing of this document by the signatories, Steven B. Dippell and Anthony Boskovich, has been obtained, and that a record of the concurrence shall be maintained at the Office of the City Attorney.

Dated: September 7, 2011           By:   /s/ Steven B. Dippell
                                                           STEVEN B. DIPPELL