

9/8/2011

RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Assistant City Attorney (#93249)
STEVEN B. DIPPELL, Sr. Deputy City Attorney (#121217)
KARL A. SANDOVAL, Sr. Deputy City Attorney (#170190)
Office of the City Attorney
200 East Santa Clara Street
San José, California  95113-1905
Phone: (408) 535-1900
Fax:     (408) 998-3131
E-Mail: CAO.Main@sanjoseca.gov

Attorney for Defendants,
CITY OF SAN JOSE, RICK YU, NATHAN TRANG and JARROD NUNES

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSÉ DIVISION

| | |
|---|---|
| CHARLES DIEHL,<br><br>                 Plaintiff,<br><br>            v.<br><br>RICK YUU, NATHAN TRANG, SERGEANT JARROD NUNES, et al.,<br><br>                 Defendants. | NO.  CV11-03777 EJD<br><br>**STIPULATION RE: EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

The undersigned, on behalf of their respective clients, herewith stipulate and agree to the following:

1. The City of San Jose (the "City) is the only defendant named herein that has been served at this time;

2. Plaintiff has agreed to a thirty-day extension of time for the City to respond to the Plaintiff's complaint, whether it be by motion or answer, pursuant to which the City's response to the complaint is now due on October 7, 2011; and,

3. This extension will not alter the date of any event or any deadline already fixed by court order, as the initial case management conference in this matter is scheduled for November 18, 2011.

//

1  Dated: September 7, 2011                           BOSKOVICH & APPLETON

                                                     /s/ Anthony Boskovich
                                                    ANTHONY BOSKOVICH
                                                      Attorney at Law

                                                   Attorney for Plaintiff,
                                                   CHARLES DIEHL


7  Dated: September 7, 2011                          RICHARD DOYLE, City Attorney

                                                   By:   /s/ Steven B. Dippell
                                                        STEVEN B. DIPPELL
                                                        Sr. Deputy City Attorney

                                                   Attorney for Defendant,
                                                   CITY OF SAN JOSE


ATTESTMENT OF CONCURRENCE PER GENERAL ORDER 45 FOR FILING:

I attest that concurrence in the filing of this document by the signatories, Steven B. Dippell and Anthony Boskovich, has been obtained, and that a record of the concurrence shall be maintained at the Office of the City Attorney.


Dated: September 7, 2011                          By:   /s/ Steven B. Dippell
                                                        STEVEN B. DIPPELL

Stipulation re Extension of Time to Respond to Complaint                    CV11-03777 EJD
                                                                            789855