United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| CHARLES DIEHL, | ) | Case No. 5:11-CV-03777 EJD |
| | ) | |
| Plaintiff(s), | ) | **CASE MANAGEMENT ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| RICK YU, et. al., | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

This case is scheduled for a Case Management Conference on March 23, 2012.  Having reviewed the parties' Joint Case Management Statement (see Docket Item No. 15), the court finds that an appearance is unnecessary at this time.

Accordingly, the Case Management Conference is VACATED and the parties are ordered to comply with the schedule set forth in the Case Management Order dated November 15, 2011 (see Docket Item No. 14).

**IT IS SO ORDERED.**

Dated: March 20, 2012

EDWARD J. DAVILA
United States District Judge