RICHARD DOYLE, City Attorney (88625)
NORA FRIMANN, Assistant City Attorney (93249)
STEVEN B. DIPPELL, Sr. Deputy City Attorney (121217)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California  95113-1905
Telephone Number: (408) 535-1900
Facsimile Number:  (408) 998-3131
E-Mail Address:  cao.main@sanjoseca.gov

Attorneys for Defendants CITY OF SAN JOSE, RICK
YU, NATHAN TRANG, AND JARROD NUNES

**IT IS SO ORDERED**

Judge Edward J. Davila

1/15/2013

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CHARLES DIEHL,

           Plaintiff(s),

        v.

CITY OF SAN JOSE, et al., and
DOES, 1-20 inclusive,

           Defendant(s).

Case Number:  CV11-03777 EJD

**STIPULATION OF DISMISSAL**

(Fed R Civ P 41(a)(1))

    IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rules of Civil

Procedure, Rule 41(a)(1), by and between Plaintiff Charles Diehl and all Defendants who

have appeared in this action, as follows:

    1. This action was commenced on or about August 1, 2011.

    2. The action is not a class action; a receiver has not been appointed; and the

action is not governed by any statute of the United States that requires an order of the

court for dismissal.

    3. This action is hereby dismissed, in its entirety, with prejudice.

1

Case Number: CV11-03777 EJD
934830

1      4. Each party is to bear their own costs and attorneys' fees.

2         The Clerk shall close this file.

3      Dated: _01 - 09 - 2013_                    _[signature]_

4                                                 CHARLES DIEHL,
                                                  Plaintiff
5

6      Dated: _1/14/13_                           _[signature]_

7                                                 STEVEN B. DIPPELL, Esq.,
                                                  Counsel for Defendants
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

STIPULATION OF DISMISSAL                          Case Number: CV11-03777 EJD
                                                  934830.doc

1

**CERTIFICATE OF OF SERVICE**

2

CASE NAME:    Diehl v. Yu, et al.,

3

CASE NO.:      CV11-03777 EJD

4

    I, the undersigned declare as follows:

5

    I am a citizen of the United States, over 18 years of age, employed in Santa Clara
County, and not a party to the within action.  My business address is 200 East Santa Clara

6

Street, San Jose, California  95113-1905, and is located in the county where the service
described below occurred.

7

    On January 14, 2013, I caused to be served the within:

8

**STIPULATION OF DISMISSAL**

9

☒    by MAIL, with a copy of this declaration, by depositing them into a sealed envelope,

10

    with postage fully prepaid, and causing the envelope to be deposited for collection
and mailing on the date indicated above.

11

    I further declare that I am readily familiar with the business' practice for collection

12

and processing of correspondence for mailing with the United States Postal
Service.  Said correspondence would be deposited with the United States Postal

13

Service that same day in the ordinary course of business.

14

15

Addressed as follows:

16

Charles Diehl
14814 Rossmoyne Drive

17

San Jose, California  95124

18

Plaintiff, In Pro Per

19

20

    I declare under penalty of perjury under the laws of the State of California that the
foregoing is true and correct.  Executed on January 14, 2013, at San Jose, California.

21

22

*alice Shore*

Alice Shore

23

24

25

26

27

28

807502