1 | RICHARD DOYLE, City Attorney (88625)
2 | NORA FRIMANN, Assistant City Attorney (93249)
  | STEVEN B. DIPPELL, Sr. Deputy City Attorney (121217)
3 | Office of the City Attorney
  | 200 East Santa Clara Street, 16th Floor
4 | San José, California  95113-1905
  | Telephone Number: (408) 535-1900
5 | Facsimile Number:  (408) 998-3131
  | E-Mail Address: cao.main@sanjoseca.gov
6 | Attorneys for Defendants CITY OF SAN JOSE, RICK
7 | YU, NATHAN TRANG, AND JARROD NUNES

*IT IS SO ORDERED*
*Judge Edward J. Davila*
1/15/2013

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHARLES DIEHL,<br><br>    Plaintiff(s),<br><br>  v.<br><br>CITY OF SAN JOSE, et al., and DOES, 1-20 inclusive,<br><br>    Defendant(s). | Case Number:  CV11-03777 EJD<br><br>**STIPULATION OF DISMISSAL**<br><br>(Fed R Civ P 41(a)(1)) |

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), by and between Plaintiff Charles Diehl and all Defendants who have appeared in this action, as follows:

    1. This action was commenced on or about August 1, 2011.

    2. The action is not a class action; a receiver has not been appointed; and the action is not governed by any statute of the United States that requires an order of the court for dismissal.

    3. This action is hereby dismissed, in its entirety, with prejudice.

1

4. Each party is to bear their own costs and attorneys' fees.

The Clerk shall close this file.

Dated: 01-09-2013      _____
                                    CHARLES DIEHL,
                                    Plaintiff

Dated: 1/14/13           _____
                                    STEVEN B. DIPPELL, Esq.,
                                    Counsel for Defendants

STIPULATION OF DISMISSAL                                Case Number: CV11-03777 EJD
                                                                                    934830.doc

**CERTIFICATE OF OF SERVICE**

CASE NAME:   Diehl v. Yu, et al.,

CASE NO.:   CV11-03777 EJD

I, the undersigned declare as follows:

I am a citizen of the United States, over 18 years of age, employed in Santa Clara County, and not a party to the within action. My business address is 200 East Santa Clara Street, San Jose, California 95113-1905, and is located in the county where the service described below occurred.

On January 14, 2013, I caused to be served the within:

**STIPULATION OF DISMISSAL**

☒ by MAIL, with a copy of this declaration, by depositing them into a sealed envelope, with postage fully prepaid, and causing the envelope to be deposited for collection and mailing on the date indicated above.

I further declare that I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. Said correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

Addressed as follows:

Charles Diehl
14814 Rossmoyne Drive
San Jose, California 95124

Plaintiff, In Pro Per

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on January 14, 2013, at San Jose, California.

*Alice Shore*
Alice Shore

807502